# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
817 SOUTH COURT STREET
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

RECEIVED
2014 JUL 18  P 4: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRISTINE A. FREEMAN
Executive Director

July 18, 2014

BY HAND DELIVERY
Honorable Susan Russ Walker
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

2:14cm2814-SRW

Re: *Vanessa Michelle Whitehurst*

Dear Judge Walker:

Our office has been in touch with Assistant U.S. Attorney John J. Geer, III regarding the above named individual. Ms. Whitehurst is a target of a drug investigation.

Ms. Whitehurst has requested counsel. Enclosed is her Financial Affidavit. Our office has a conflict and is unable to accept appointment. CJA Panel Attorney Michael L. Kidd has agreed to accept appointment, if the Court approves.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

CAF/bks

Enclosure

cc: John J. Geer, III, Esq.
    Michael L. Kidd, Esq.